UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Subpoena Served on Clear Street LLC<br><br>HAL D. MINTZ, and<br>SABBY MANAGEMENT LLC,<br><br>             Petitioners,<br><br>   v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>             Respondent. | Case No. 1:24-mc-00217<br><br>(Arising from Case No. 1:23-CV-3201-RMB-AMD in the United States District Court for the District of New Jersey)<br><br>**NOTICE OF MOTION TO QUASH NON-PARTY SUBPOENA** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Hal D. Mintz, Declaration of Michael Van Riper, and Memorandum of Law, by and through the undersigned counsel, Petitioners Hal. D. Mintz and Sabby Management LLC will hereby move this Court, at a date and time to be determined by the Court, for entry of an Order: (i) quashing Respondent's subpoena to non-party Clear Street LLC, dated March 25, 2024, issued out of the matter of *U.S Securities and Exchange Commission v. Mintz, et al.*, No. 23-cv-3201 (RMB) (AMD) (D. N.J.); and (ii) granting such other and further relief as the Court deems just and proper.

Dated: May 10, 2024
       New York, New York

Respectfully submitted,

**WILK AUSLANDER LLP**

By: */s/ Jay S. Auslander*
    Jay S. Auslander
    Aari Itzkowitz
    Michael Van Riper
    Wilk Auslander LLP
    825 Eighth Avenue, Suite 2900
    New York, NY 10019

Tel: 212-981-2300
jauslander@wilkauslander.com
aitzkowitz@wilkauslander.com
mvanriper@wilkauslander.com

*Attorneys for Petitioners Hal D. Mintz, and Sabby Management LLC*

2